**01–1634. State ex rel. Capitol Mfg. Div. v. Johnson.**
Franklin App. No. 00AP–1100. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 1, 2002.

## MISCELLANEOUS DISMISSALS

**01–268. Indus. Energy Users–Ohio v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 00–02–EL–ETP, 99–1212–EL–ETP, 99–1213–EL–ATA, 99–1214–EL–AAM, 99–1658–EL–ETP, 99–1659–EL–ATA, 99–1660–EL–ATA, 99–1661–EL–AAM, 99–1662–EL–AAM, 99–1663–EL–UNC, 99–1687–EL–ETP, 99–1688–EL–AAM, 99–1689–EL–ATA, 99–1729–EL–ETP and 99–1730–EL–ETP. This cause is here on appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–1864. Cary Corp. v. Linder.**
Cuyahoga App. No. 80165. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–2050. The Nature Conservancy v. Power Siting Bd.**
Power Siting Board, No. 00–839–EL–BGN. This cause is pending before the court as an appeal from the Ohio Power Siting Board. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.